1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVIN NOEL FAITH,

11             Petitioner,              No. CIV S-10-CV-1645 MCE CHS P

12        vs.

13   KEN CLARK,

14             Respondent.              <u>ORDER</u>

15   _____/

16        Petitioner, Stevin N. Faith, is a state prisoner proceeding pro se with a petition for

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner attacks his 2006 conviction by jury

18   trial in Butte County Superior Court, case no. 74214, for second degree murder.[1]  Upon review of

19   the record, it appears that the interests of justice require the appointment of counsel in this case.  *See*

20   18 U.S.C. 3006A(a)(2)(B).  *See also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

21        One of the claims presented by Petitioner is that the trial court violated his federal

22   right to due process of law by erroneously permitting one prosecution expert witness to bolster the

23   credibility of another prosecution expert witness in a manner that prejudiced his defense.  While

24   _____

25        [1] Petitioner was originally tried and convicted in 1981 for the crime at issue here.  However,
26   a federal writ of habeas corpus issued on the grounds that he was provided with ineffective
     assistance of counsel at trial.  Petitioner was retried in 2006.

both parties have adequately briefed the issue of whether this claim is subject to California's contemporaneous objection rule and is thus procedurally barred, additional briefing, including reference to appropriate precedent in support of each parties' arguments, is required on the merits of this claim.  Accordingly, appointed counsel for Petitioner shall file a brief within sixty (60) days of the date of this order that shall more fully address the merits of this claim.  Respondent shall file a response to Petitioner's brief within thirty (30) days after its filing.

IT IS HEREBY ORDERED THAT:

1.      The Federal Defender is appointed to represent Petitioner.

2.      The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

3.      Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4.      Within sixty (60) days of the date of this order, Petitioner's appointed counsel shall file a brief addressing on the merits the issue of whether Petitioner's federal right to due process of law was violated by the trial court's admission of the challenged expert testimony.

5.      Respondent shall file a response to Petitioner's brief within thirty (30) days after its filing.

DATED: December 29, 2011

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE